```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
MARIBEL RODRIGUEZ, ET AL., on behalf
of themselves and all others similarly
situated,
                                                    MEMORANDUM & ORDER
                                                    09-CV-2997(JS)(AKT)
                    Plaintiffs,

        -against-

ALMIGHTY CLEANING, INC., ET AL.,

                    Defendant.
-------------------------------------X
APPEARANCES:
For Plaintiff:      Troy L. Kessler, Esq.
                    Shulman Kessler LLP
                    510 Broadhollow Road, Suite 110
                    Melville, NY 11747

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Plaintiffs' status report (Docket Entry 46) indicates that Plaintiffs will continue to attempt to enforce their judgment but will no longer attempt to identify similarly situated class members. The judgment (Docket Entry 44) is limited to the Plaintiffs described therein, and the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

/s/ JOANNA SEYBERT
_____
Joanna Seybert, U.S.D.J.

Dated:  June 21, 2012
        Central Islip, New York